IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTHONY DERON FRAZIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-506-L-BN** |
| | § | |
| **SOCIAL SECURITY** | § | |
| **ADMINISTRATION,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

On July 27, 2021, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 30) ("Report") was entered, recommending that the court affirm the decision of the Commissioner of Social Security Administration ("Commissioner"). Plaintiff filed objections to the Report on August 9, 2021, contending that he is disabled and entitled to social security benefits because records from Veteran Affairs reflect that he is homeless and totally and permanently disabled. He contends that he has a universal right to social security benefits and that the Social Security Administration treats African Americans differently than persons of other races in determining who is disabled and entitled to social security benefits.

Notwithstanding Plaintiff's disagreement and objections to the contrary, the court determines, after considering the file, record in this case, and Report, and conducting a de novo review of that portion of the Report to which objection was made, that the magistrate judge's findings and conclusions are correct. The court, therefore, **accepts** the magistrate judge's findings and conclusions

as those of the court; **overrules** Plaintiff's objections; **affirms** the Commissioner's decision; and **dismisses with prejudice** this appeal.

    **It is so ordered** this 16th day of August, 2021.

*(signature)*
Sam A. Lindsay
United States District Judge